**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**ALEXANDRIA DIVISION**

| | |
|---|---|
| **MALIK ALEEM** | **CIVIL ACTION NO. 06-0608-P** |
| **-vs-** | **JUDGE TRIMBLE** |
| **T.W. THOMPSON** | |

**SUPPLEMENTAL ORDER**

In view of the fact that the civil rights action filed by *pro se* plaintiff Malik Aleem pursuant to 42 U.S.C. § 1983 has not be dismissed without prejudice for failure to exhaust administrative remedies [Doc. #11], the above-captioned case is REMANDED to the magistrate judge for completion of the customary screening process.

Alexandria, Louisiana

19 June 2006

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE