U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 1 9 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| MALIK ALEEM | DOCKET NO. 06-CV-0608, SEC. "P" |
|---|---|
| VERSUS | JUDGE TRIMBLE |
| T. W. THOMPSON, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that petitioner's civil rights complaint (42 U.S.C. §1983) be **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §1915 and §1915A.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 19th day of October, 2006.

JAMES TRIMBLE
UNITED STATES DISTRICT JUDGE